IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LAFEYETTA D. TRUITT, JR., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :  Case No. 4:25-cv-420-TES-AGH |
| | : |
| Justice BEN LAND, | : |
| et al., | : |
| | : |
| Respondent. | : |

## ORDER

Petitioner Lafeyetta D. Truitt, Jr., an inmate in the Muscogee County Jail in Columbus, Georgia, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner did not pay the $5.00 filing fee or move to proceed *in forma pauperis*. As Petitioner is aware from his two previous habeas actions, the filing fee in a habeas action is $5.00 and he must either pay the fee or file a motion to proceed *in forma pauperis*, which must include a current "certificate from the warden or other appropriate officer . . . showing the amount of money . . . that the [P]etitioner has in any account in the institution." R. 3, Rules Governing § 2254 Cases. *See* Order and Recommendation at 2 n.1, *Truitt v. Muscogee Cnty. Bootcamp*, 4:25-cv-00191-CDL-AGH (M.D. Ga. Nov. 14, 2025), ECF No. 5 (informing Petitioner that he must include a certified account statement with any motion to proceed *in forma pauperis* in future habeas actions he files in this Court); Order and Recommendation at 2 n.1, *Truitt v. Doe*, 4:25-cv-00338-CDL-AGH (M.D. Ga. Nov. 14, 2025), ECF No. 4

(finding that Petitioner did not pay the $5.00 filing fee or move to proceed *in forma pauperis* and informing him that if he wants to proceed without paying the filing fee in future habeas actions, he must move to proceed *in forma pauperis* and include a certified account statement).

Thus, Petitioner is **ORDERED** to either pay the $5.00 filing fee or move to proceed *in forma pauperis* and include a current "certificate from the warden or other appropriate officer . . . showing the amount of money . . . that the [P]etitioner has in any account in the institution." R. 3, Rules Governing § 2254 Cases. Petitioner shall have **FOURTEEN (14) DAYS** to comply with this Order and his failure to do so may result in the dismissal of this action.

The Clerk of Court is **DIRECTED** to forward the appropriate *in forma pauperis* forms (showing the civil action number) to Petitioner along with a copy of this Order.

**SO ORDERED and DIRECTED**, this 15th day of December, 2025.

   s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE