IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LAFEYETTA D TRUITT, JR,                    *

           Petitioner,                *

v.                                          Case No.  4:25-cv-00420-TES-AGH

                        *

JUSTICE BEN LAND, *et al.,*                 *

           Respondents.               *

_____     *

## J U D G M E N T

Pursuant to this Court's Order dated 2/25/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of February, 2026.

          David W. Bunt, Clerk


          s/ Elizabeth S. Long, Deputy Clerk